# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUEHAN QIU,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ATLANTIC VENTURES, LLC, ET AL,<br><br>　　　　　Defendants. | Case No. EDCV 15-00685-DTB<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Action Without Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 10/20/15

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE